UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REED DOUGLAS FRANCE, | No. C 09-4652 LHK (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| C. NOLL, Warden, | |
| Respondent. | |

The petition having been denied, the Court hereby enters judgment in favor of Respondent.

**IT IS SO ORDERED**.

DATED: May 31, 2011

LUCY H. KOH
United States District Judge

No. C 09-4652 LHK (PR)
JUDGMENT